UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 13
    ELENA SKLYAR                                  :
        *Debtor*                                    :        Bankruptcy No. 19-11308

### NOTICE OF MOTION FOR RELIEF FROM STAY, RESPONSE DEADLINE, AND HEARING DATE

    Movant, Ukrainian Selfreliance Federal Credit Union, has filed a Motion for Relief from Stay with the Court against Debtor.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion then, on or before **July 4, 2019,** you or your attorney must do all of the following:

        (a)    file an answer explaining your position at:

> Clerk, United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> Robert N.C. Nix, Sr. Federal Courthouse & Post Office
> 900 Market Street, Suite 400
> Philadelphia, PA 19107-4295

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to Movant's attorney:

> Dana S. Plon, Esquire
> Sirlin Lesser & Benson, P.C.
> 123 South Broad Street, Suite 2100
> Philadelphia, PA 19109

and to the Trustee:

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

2.	If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

3.	A hearing on the Motion is scheduled to be held before the **Honorable Jean K. FitzSimon on July 17, 2019 at 9:30 a.m. in Courtroom #3, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse & Post Office, 900 Market Street, Philadelphia, Pennsylvania 19107-4295.**

4.	If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.	You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DANA S. PLON, ESQUIRE
Identification No. 80361
*Attorney for Movant*

Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com

June 20, 2019