UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :       Chapter 13
    ELENA SKLYAR                               :
        *Debtor*                                  :       Bankruptcy No. 19-11308

## CERTIFICATION OF SERVICE

I, Dana S. Plon, Esquire, do hereby certify that a true and correct copy of the Motion for Relief from Stay was served upon each of the persons listed below by U.S. Mail, Postage Prepaid, on this 20th day of June 2019:

Elena Sklyar
19 Carmelita Drive
Richboro, PA 18954

Jon M. Adelstein, Esquire
Michael H. Kaliner, Esquire
Penn's Court
350 South Main Street, Suite 105
Doylestown, PA 18901

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

United States Trustee
Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

DANA S. PLON, ESQUIRE
Identification No. 80361
*Attorney for Movant*

Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA 19109
(215) 864-9700
dplon@sirlinlaw.com