**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| In re:<br>ELENA SKLYAR<br>        DEBTOR. | Case # 19-11308-jkf<br><br>Chapter: 13 |
| SELENE FINANCE, LP, AS SERVICER FOR LAELIA, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br>        MOVANT,<br>v.<br><br>ELENA SKLYAR<br>        DEBTOR,<br><br>KOSTYANTIN SKLYAR, AND DEVISEE(S) OF THE ESTATE OF KOSTYANTIN SKLYAR,<br>        CO-DEBTOR,<br><br>AND<br><br>SCOTT WATERMAN,<br>        TRUSTEE.<br>                RESPONDENTS. | <u>**HEARING DATE:**</u><br><br>**July 17, 2019 at 09:30 A.M.**<br><br><u>**LOCATION:**</u><br>U.S. Bankruptcy Court<br>Robert N.C. Nix, Sr. Federal Courthouse<br>Courtroom #3<br>900 Market Street<br>Philadelphia, PA 19107 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Selene Finance, LP, as servicer for Laelia, LLC, its successors and/or assigns (hereafter called "Movant") has filed a motion to confirm termination of the automatic stay with the court, seeking an Order Confirming Termination of the Automatic Stay and Co-Debtor Stay pursuant to 11 U.S.C. §362 and 11 U.S.C. §1301 with respect to its secured property located at 66 Choctaw Drive, Pocono Lake, Pennsylvania 18347.

1.    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

1

2. **If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the Motion, then on or before **July 10, 2019** you or your attorney must do all of the following:

    **(a)** **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

    **(b)** **If you are not required to file electronically**, you must file your response at:

        United States Bankruptct Court
        Robert N.C. Nix Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

    **(c)** **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

    **(d)** On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

        Lisa Cancanon, Esq.
        Weinstein & Riley, P.S.
        11101 West 120th Avenue, #280
        Broomfield, CO 80021

3. **A hearing on the motion** is scheduled to be held before the Honorable Eric L. Frank, on **July 17, 2019** at **9:30 a.m**. in Courtroom **3**, <u>Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania 19107</u>. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

Dated: June 26, 2019                                    Weinstein & Riley, P.S.

/s/ Lisa Cancanon
Lisa Cancanon
Bar ID: 323550
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Facsimile: (206) 269-3493
Email: lisac@w-legal.com
Attorneys for Movant