**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| In re:<br>ELENA SKLYAR<br>　　　　DEBTOR. | Case # 19-11308-jkf<br><br>Chapter: 13 |
| SELENE FINANCE, LP, AS SERVICER FOR LAELIA, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br>　　　　MOVANT,<br>v.<br><br>ELENA SKLYAR<br>　　　　DEBTOR,<br><br>KOSTYANTIN SKLYAR, AND DEVISEE(S) OF THE ESTATE OF KOSTYANTIN SKLYAR,<br>　　　　CO-DEBTOR,<br><br>AND<br><br>SCOTT WATERMAN,<br>　　　　TRUSTEE.<br>　　　　　　　　RESPONDENTS. | **HEARING DATE:**<br><br>July 17, 2019 at 09:30 AM<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix, Sr. Federal Courthouse<br>Courtroom #<br>900 Market Street<br>Philadelphia, PA 19107 |

**CERTIFICATE OF SERVICE**

　　　　I, the undersigned, certify under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that on <u>June 26, 2019</u>, I electronically filed the foregoing Motion for relief from the automatic stay and co-debtor stay, Notice of Motion, Exhibits and Proposed Order, pursuant to Section 362(d) and 11 U.S.C. §1301 of the Bankruptcy Code, Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001.2 with the United States Bankruptcy Court for the Eastern District of Pennsylvania (Philadelphia) by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system or were served through regular mail on June 26, 2019 to:

1

Debtor via First-Class Mail
**Elena Sklyar**
19 Carmelita Drive
Richboro, PA 18954

Co-Debtor via First-Class Mail:
**Kostyantin Sklyar,**
**and Devisees of The Estate of Kostyantin Sklyar**
19 Carmelita Drive
Richboro, PA 18954

**Kostyantin Sklyar,**
**and Devisees of The Estate of Kostyantin Sklyar**
66 Choctaw Drive
Pocono Lake, PA  18347

Debtor's Attorneys via CM/ECF and First-Class Mail
**JON M. ADELSTEIN**
Penn's Court
350 South Main Street, Suite 105
Doylestown, PA 18901

**MICHAEL H KALINER**
Michael H. Kaliner Trustee
350 South Main Street, Suite 105
Doylestown, PA 18901

Trustee via CM/ECF and First-Class Mail
**SCOTT WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

U.S. Trustee via CM/ECF and First-Class Mail
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Parties requesting for Notices via First-Class Mail
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Copies were also transmitted electronically via ECF to:

- JON M. ADELSTEIN    jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
- DANIELLE BOYLE-EBERSOLE    debersole@hoflawgroup.com, pfranz@hoflawgroup.com
- JENNIFER D. GOULD    jgould@stark-stark.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com
- MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
- DANA S. PLON    dplon@sirlinlaw.com
- REBECCA ANN SOLARZ    bkgroup@kmllawgroup.com
- PAMELA ELCHERT THURMOND    pamela.thurmond@phila.gov, karena.blaylock@phila.gov
- United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
- SCOTT WATERMAN    ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com
- SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

Dated: June 26, 2019                    Weinstein & Riley, P.S.

/s/Lisa Cancanon
Lisa Cancanon
Bar ID: 323550
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Facsimile: (206) 269-3493
Email: lisac@w-legal.com
Attorneys for Movant