## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                       :       Chapter 13

      ELENA SKLYAR          :

          *Debtor*             :      Bankruptcy No. 19-11308

### CERTIFICATION OF NO RESPONSE

I, Dana S. Plon, Esquire, certify that I am counsel for Ukrainian Selfreliance Federal Credit Union in its Motion for Relief from Stay, and that as of July 9, 2019 no written response to the Motion for Relief from Stay has been served on Movant's counsel or filed with the Court.

_____
DANA S. PLON, ESQUIRE
Identification No. 80361
*Attorney for Movant*

Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA 19109
(215) 864-9700
dplon@sirlinlaw.com

July 9, 2019