**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| In re:<br>ELENA SKLYAR<br>　　　　DEBTOR. | Case # 19-11308-jkf<br><br>Chapter: 13 |
| SELENE FINANCE, LP, AS SERVICER FOR LAELIA, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br>　　　　MOVANT,<br>v.<br><br>ELENA SKLYAR<br>　　　　DEBTOR,<br><br>KOSTYANTIN SKLYAR, AND DEVISEE(S) OF THE ESTATE OF KOSTYANTIN SKLYAR,<br>　　　　CO-DEBTOR,<br><br>AND<br><br>SCOTT WATERMAN,<br>　　　　TRUSTEE.<br>　　　　　　　RESPONDENTS. | 11 U.S.C. § 362 and 11 U.S.C. §1301 |

**CERTIFICATE OF NO RESPONSE**

　　　I, Lisa Cancanon, Esq., declare as follows:

　　　1.　　I am an employee of Weinstein & Riley, P.S., counsel for Selene Finance, LP, as servicer for Laelia, LLC, its successors and/or assigns (hereafter called "Movant"), in the above entitled proceeding and am authorized to make this declaration on Movant's behalf. I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the matters stated herein.

　　　2.　　On June 26, 2019, Movant filed and served its Motion for Relief from Automatic Stay and Co-Debtor Stay ("Motion") *see Docket No.*: 57, along with Notice of Motion, Response Deadline And Hearing Date ("Notice of Motion"), Exhibits and Proposed Order, by placing a copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or via electronic means as listed on the Certificate of Service (Docket No.: 59).

1

3. The Notice of Motion gave a clear notice that failure to file a response to the Motion by the deadline July 10, 2019 would result in relief being granted by default.

4. The deadline for Objections/Responses to the Motion expired on July 10, 2019. Neither Debtor, Co-Debtor(s) nor Trustee, nor any other party in interest filed an objection to the Motion (or that any response filed was subsequently withdrawn).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 11, 2019                              Weinstein & Riley, P.S.

/s/ Lisa Cancanon
Lisa Cancanon
Bar ID: 323550
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Facsimile: (206) 269-3493
Email: lisac@w-legal.com
Attorneys for Movant