UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :        Chapter 13
    ELENA SKLYAR               :
        *Debtor*              :        Bankruptcy No. 19-11308

## ORDER

AND NOW, this __18th__ day of __July__, 2019, upon consideration of the Motion for Relief from Stay of Movant, Ukrainian Selfreliance Federal Credit Union, it is hereby ORDERED and ~~DECREED~~ that relief from stay is **GRANTED** and,

(1)    Movant may proceed with all available state court remedies to foreclose and sell the real property located at 19 Carmelita Drive, Richboro, Pennsylvania 18954; and,

(2)    Movant may proceed with all available state court remedies to foreclose and sell the real property located at 1619 Solly Avenue, Philadelphia, Pennsylvania 19152.

BY THE COURT:

_____
FitzSimon, U.S.B.J.

Parties to be served:

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA  19102

Elena Sklyar
19 Carmelita Drive
Richboro, PA  18954

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, #100
Reading, PA  19606

Jon M. Adelstein, Esquire
Michael H. Kaliner, Esquire
Penn's Court
350 South Main Street, Suite 105
Doylestown, PA  18901

United States Trustee
Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107