# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>ELENA SKLYAR<br>　　　　DEBTOR. | Case # 19-11308-jkf<br><br>Chapter: 13 |
| SELENE FINANCE, LP, AS SERVICER FOR LAELIA, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br>　　　　MOVANT,<br>v.<br><br>ELENA SKLYAR<br>　　　　DEBTOR,<br><br>KOSTYANTIN SKLYAR, AND DEVISEE(S) OF THE ESTATE OF KOSTYANTIN SKLYAR,<br>　　　　CO-DEBTOR,<br><br>AND<br><br>SCOTT WATERMAN,<br>　　　　TRUSTEE.<br>　　　　　　　　　RESPONDENTS. | **HEARING DATE:**<br><br>July 17, 2019 at 09:30 AM<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix, Sr. Federal Courthouse<br>Courtroom #<br>900 Market Street<br>Philadelphia, PA 19107 |

## ORDER MODIFYING §362 AND §1301 AUTOMATIC STAY

**NOW**, this 18th day of July, 2019, ~~at PHILADELPHIA~~, upon Motion of Selene Finance, LP, as servicer for Laelia, LLC, its successors and/or assigns ("Movant"), it is:

**ORDERED** ~~AND DECREED~~, that Relief from the Automatic stay and Co-Debtor stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 are granted with respect to **66 Choctaw Drive, Pocono Lake, Pennsylvania 18347** (the "Property")(as more fully set forth in the legal description attached to the Mortgage of record granted against the Property), as to Movant, its successors or assignees to proceed with enforcement of all rights Movant has under state and federal law concerning the Property; and it is further

**ORDERED** ~~that the relief granted by this order shall be effective immediately and shall not be subject to the 14-day period set forth in Bankruptcy Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure~~.

1

**ORDERED** that Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Copies to:

Elena Sklyar
19 Carmelita Drive
Richboro, PA 18954

Kostyantin Sklyar,
and Devisees of The Estate of Kostyantin Sklyar
19 Carmelita Drive
Richboro, PA 18954

Jon M. Adelstein
Penn's Court
350 South Main Street, Suite 105
Doylestown, PA 18901

Michael H Kaliner
Michael H. Kaliner Trustee
350 South Main Street, Suite 105
Doylestown, PA 18901

Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107