United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 19-11308-jkf
Elena Sklyar                                                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2            Date Rcvd: Jul 18, 2019
                              Form ID: pdf900         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
```
cr             +BANKRUPTCY GROUP, MS CITY OF PHILADELPHIA LAW DEPA,   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,
                 PHILADELPHIA, PA 19102-1617
cr             +Quaint Oak Bank,    Stark & Stark,   993 Lenox Drive,    Bldg. 2,   Lawrenceville, NJ 08648-2316
cr             +Selene Finance, LP, as servicer for Laelia, LLC, i,     c/o Weinstein & Riley, P.S.,
                 11101 West 120th Avenue #280,    Broomfield, CO 80021-2756
cr             +Steward Financial Services,    993 Lenox Drive,    Bldg. 2,   Lawrenceville, NJ 08648-2316
14290447       +Ukrainian Selfreliance Federal Credit Union,    c/o Dana S. Plon, Esquire,
                 Sirlin Lesser & Benson, P.C.,    123 South Broad Street, Suite 2100,
                 Philadelphia, PA 19109-1042
14281959        Ukranian Self Reliance FCU,    1729 Cottman Avenue,    Philadelphia, PA 19111-3888
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/Text: SAGEINCOMETAX@GMAIL.COM Jul 19 2019 02:47:50      Elena Sklyar,
                 19 Carmelita Drive,   Richboro, PA 18954-1329
smg             E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:28      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:47:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2019 02:47:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2019 02:59:07      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ukrainian Selfreliance Federal Credit Union,    c/o Dana S. Plon, Esquire,
                 Sirlin Lesser & Benson, P.C.,    123 South Broad Street, Suite 2100,
                 Philadelphia, PA 19109-1042
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
```
              DANA S. PLON    on behalf of Creditor    Ukrainian Selfreliance Federal Credit Union
               dplon@sirlinlaw.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              JENNIFER D. GOULD    on behalf of Creditor   Quaint Oak Bank jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              JENNIFER D. GOULD    on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              JON M. ADELSTEIN    on behalf of Debtor Elena  Sklyar jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              LISA CANCANON    on behalf of Creditor    Selene Finance, LP, as servicer for Laelia, LLC, its
               successors and/or assigns LisaC@w-legal.com
              MICHAEL H KALINER    on behalf of Debtor Elena  Sklyar mhkaliner@gmail.com,  pa35@ecfcbis.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor BANKRUPTCY GROUP, MS  CITY OF PHILADELPHIA LAW
               DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,  karena.blaylock@phila.gov
```

```
District/off: 0313-2          User: John                 Page 2 of 2              Date Rcvd: Jul 18, 2019
                              Form ID: pdf900            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          REBECCA ANN SOLARZ   on behalf of Creditor   Laelia, LLC bkgroup@kmllawgroup.com
          SCOTT   WATERMAN   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                          TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 13
    ELENA SKLYAR                              :
        *Debtor*                               :        Bankruptcy No. 19-11308

## ORDER

AND NOW, this __18th__ day of __July__, 2019, upon consideration of the Motion for Relief from Stay of Movant, Ukrainian Selfreliance Federal Credit Union, it is hereby ORDERED and ~~DECREED~~ that relief from stay is **GRANTED** and,

(1)    Movant may proceed with all available state court remedies to foreclose and sell the real property located at 19 Carmelita Drive, Richboro, Pennsylvania 18954; and,

(2)    Movant may proceed with all available state court remedies to foreclose and sell the real property located at 1619 Solly Avenue, Philadelphia, Pennsylvania 19152.

BY THE COURT:

_____
FitzSimon, U.S.B.J.

Parties to be served:

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 S. Broad Street, Suite 2100
Philadelphia, PA 19102

Elena Sklyar
19 Carmelita Drive
Richboro, PA 18954

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, #100
Reading, PA 19606

Jon M. Adelstein, Esquire
Michael H. Kaliner, Esquire
Penn's Court
350 South Main Street, Suite 105
Doylestown, PA 18901

United States Trustee
Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107