United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11308-jkf
Elena Sklyar                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jul 19, 2019
                              Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
```
cr              +BANKRUPTCY GROUP, MS CITY OF PHILADELPHIA LAW DEPA,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,
                  PHILADELPHIA, PA 19102-1617
cr              +Quaint Oak Bank,    Stark & Stark,    993 Lenox Drive,    Bldg. 2,   Lawrenceville, NJ 08648-2316
cr              +Selene Finance, LP, as servicer for Laelia, LLC, i,     c/o Weinstein & Riley, P.S.,
                  11101 West 120th Avenue #280,    Broomfield, CO 80021-2756
cr              +Steward Financial Services,    993 Lenox Drive,    Bldg. 2,    Lawrenceville, NJ 08648-2316
cr              +Ukrainian Selfreliance Federal Credit Union,    c/o Dana S. Plon, Esquire,
                  Sirlin Lesser & Benson, P.C.,    123 South Broad Street, Suite 2100,
                  Philadelphia, PA 19109-1042
14321366        +Selene Finance LP as,    servicer for Laelia, LLC,    c/o Rebecca A. Solarz, Esq.,
                  701 Market St., Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db              +E-mail/Text: SAGEINCOMETAX@GMAIL.COM Jul 20 2019 03:11:10      Elena Sklyar,
                  19 Carmelita Drive,    Richboro, PA 18954-1329
smg              E-mail/Text: megan.harper@phila.gov Jul 20 2019 03:10:47      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2019 03:09:56
                  Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2019 03:10:45      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 03:20:39      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14324194        +E-mail/Text: bkteam@selenefinance.com Jul 20 2019 03:09:43      Laelia, LLC,
                  c/o Selene Finance,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
14281957        +E-mail/Text: bkteam@selenefinance.com Jul 20 2019 03:09:44      Selene Finance,
                  9990 Richmond Ave.,    Suite 400 North,   Houston, TX 77042-4546
                                                                                              TOTAL: 7
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
```
              DANA S. PLON    on behalf of Creditor    Ukrainian Selfreliance Federal Credit Union
               dplon@sirlinlaw.com
              DANIELLE  BOYLE-EBERSOLE     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE     on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              JENNIFER D. GOULD    on behalf of Creditor    Quaint Oak Bank jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              JENNIFER D. GOULD    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              JON M. ADELSTEIN    on behalf of Debtor Elena  Sklyar jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              LISA  CANCANON    on behalf of Creditor    Selene Finance, LP, as servicer for Laelia, LLC, its
               successors and/or assigns LisaC@w-legal.com
              MICHAEL H KALINER    on behalf of Debtor Elena  Sklyar mhkaliner@gmail.com,  pa35@ecfcbis.com
```

```
District/off: 0313-2          User: John                Page 2 of 2                  Date Rcvd: Jul 19, 2019
                              Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    PAMELA ELCHERT THURMOND  on behalf of Creditor BANKRUPTCY GROUP, MS  CITY OF PHILADELPHIA LAW DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,   karena.blaylock@phila.gov
    REBECCA ANN SOLARZ  on behalf of Creditor    Laelia, LLC bkgroup@kmllawgroup.com
    SCOTT   WATERMAN  on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com
    SCOTT F. WATERMAN (Chapter 13)  ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
    United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
                                                            TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>ELENA SKLYAR<br>      DEBTOR. | Case # 19-11308-jkf<br><br>Chapter: 13 |
| SELENE FINANCE, LP, AS SERVICER FOR LAELIA, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br>      MOVANT,<br>v.<br><br>ELENA SKLYAR<br>      DEBTOR,<br><br>KOSTYANTIN SKLYAR, AND DEVISEE(S) OF THE ESTATE OF KOSTYANTIN SKLYAR,<br>      CO-DEBTOR,<br><br>AND<br><br>SCOTT WATERMAN,<br>      TRUSTEE.<br>      RESPONDENTS. | **HEARING DATE:**<br><br>July 17, 2019 at 09:30 AM<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix, Sr. Federal Courthouse<br>Courtroom #<br>900 Market Street<br>Philadelphia, PA 19107 |

**ORDER MODIFYING §362 AND §1301 AUTOMATIC STAY**

    **NOW**, this 18th day of July, 2019, at ~~PHILADELPHIA~~, upon Motion of Selene Finance, LP, as servicer for Laelia, LLC, its successors and/or assigns ("Movant"), it is:

    **ORDERED** ~~AND DECREED~~, that Relief from the Automatic stay and Co-Debtor stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 are granted with respect to **66 Choctaw Drive, Pocono Lake, Pennsylvania 18347** (the "Property")(as more fully set forth in the legal description attached to the Mortgage of record granted against the Property), as to Movant, its successors or assignees to proceed with enforcement of all rights Movant has under state and federal law concerning the Property; and it is further

    ~~ORDERED, that the relief granted by this order shall be effective immediately and shall not be subject to the 14-day period set forth in Bankruptcy Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.~~

1

**ORDERED** that Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Copies to:

Elena Sklyar
19 Carmelita Drive
Richboro, PA 18954

Kostyantin Sklyar,
and Devisees of The Estate of Kostyantin Sklyar
19 Carmelita Drive
Richboro, PA 18954

Jon M. Adelstein
Penn's Court
350 South Main Street, Suite 105
Doylestown, PA 18901

Michael H Kaliner
Michael H. Kaliner Trustee
350 South Main Street, Suite 105
Doylestown, PA 18901

Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107