United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11308-jkf
Elena Sklyar                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1              Date Rcvd: Aug 16, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: SAGEINCOMETAX@GMAIL.COM Aug 17 2019 02:50:35      Elena Sklyar,
                 19 Carmelita Drive,    Richboro, PA 18954-1329
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:
              DANA S. PLON    on behalf of Creditor    Ukrainian Selfreliance Federal Credit Union
               dplon@sirlinlaw.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              JENNIFER D. GOULD    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              JENNIFER D. GOULD    on behalf of Creditor    Quaint Oak Bank jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              JON M. ADELSTEIN    on behalf of Debtor Elena  Sklyar jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              LISA  CANCANON    on behalf of Creditor    Selene Finance, LP, as servicer for Laelia, LLC, its
               successors and/or assigns LisaC@w-legal.com
              MICHAEL H KALINER    on behalf of Debtor Elena  Sklyar mhkaliner@gmail.com,   pa35@ecfcbis.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor BANKRUPTCY GROUP, MS  CITY OF PHILADELPHIA LAW
                DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,   karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Laelia, LLC bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Elena Sklyar : Chapter 13

Debtor : Bankruptcy No. 19-11308-jkf

### CONSENT ORDER

**AND NOW,** this 9th day of August, 2019 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

**ORDERED,** that because this is the Debtor's Third Chapter 13 bankruptcy filing since 2013, if this case is dismissed for any reason, it shall be with prejudice; Debtor shall be prohibited from filing, individually or jointly, any subsequent Chapter 13 bankruptcy within two (2) years without further leave of court from date of dismissal order of case. And it is further

**ORDERED,** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtor from further filings in accordance with its terms.

Date: August 9, 2019

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee
Polly A. Langdon, Esquire

Date: 8/10/19

Attorney for Debtor

Date: 8/9/2019

Debtor

**Date: August 16, 2019**

BY THE COURT

HON. JEAN K. FITZSIMON
BANKRUPTCY JUDGE