UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELENA SKLYAR

: BKY. NO. 19-11308
:
DEBTOR : CHAPTER 13

## ORDER

AND NOW THIS 18th day of September, 2019, upon consideration of the Debtor's Amended Motion for Leave to Sell Real Estate at Private Sale Free and Clear of Liens, it is hereby ORDERED that;

1. The Motion is granted;
2. The Debtor is authorized to sell the property located at 1619 Solly Avenue, Philadelphia, PA 19152 to Lubov Minenko in the accordance with the Agreement of Sale for the amount of $165,000.00 free and clear of liens;
3. The Debtor is authorized to pay at closing all real estate and transfer taxes, statutory trash fees, water debt and other ordinary settlement costs, the mortgages of MTGLQ Investors, LP and the Ukranian Self-Reliance Federal Credit Union and $7,000.00 to the City of Philadelphia on account of its judgment;
4. All other liens and the balance of the judgment of the City of Philadelphia are divested from the property.

BY THE COURT:

_____
Jean K. FitzSimon
Bankruptcy Judge