IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                         :
                                               :     Chapter 13
         ELENA SKYLAR,                         :
                                               :     Bankruptcy No. 19-11308 (JKF)
                        Debtor.                :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #78 filed by the City of Philadelphia on September 11, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: March 11, 2020           By:      */s/ Pamela Elchert Thurmond*
                                         PAMELA ELCHERT THURMOND
                                         Deputy City Solicitor
                                         PA Attorney I.D. 202054
                                         City of Philadelphia Law Department
                                         1401 JFK Blvd., 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         215-686-0588 (facsimile)
                                         Email: Pamela.Thurmond@phila.gov