IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-11308-jkf |
| Elena Sklyar | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |

**NOTICE FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Lisa Cancanon, of the firm Weinstein & Riley, P.S., hereby withdraws as counsel of record for Selene Finance LP in this bankruptcy proceeding. The undersigned attorney requests removal from the notice list in this case and acknowledges that this will result in paper and electronic notices being discontinued.

Date: 6/29/2020          Movant/Attorney: /s/ Lisa Cancanon
                                         Lisa Cancanon, Bar No. 323550
                                         Weinstein & Riley, P.S.
                                         11101 West 120th Ave, Ste 280
                                         Broomfield, Colorado 80021
                                         Phone: (303) 539-8607
                                         Email: lisac@w-legal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I served a copy of *NOTICE FOR WITHDRAWAL OF COUNSEL* on the following parties via first class mail or caused them to be served with a Notice of Electronic Filing.

<u>Trustee via E-Filing</u>
SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

<u>Debtor's Counsel via E-Filing</u>
JON M. ADELSTEIN
jadelstein@adelsteinkaliner.com

MICHAEL H KALINER
mhkaliner@gmail.com

<u>U.S. Trustee via E-Filing</u>
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

<u>Debtor via First-Class Mail</u>
Elena Sklyar
19 Carmelita Drive
Richboro, PA 18954

/s/Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA  98121
Phone: 206-269-3490