UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELENA SKLYAR  :  CHAPTER 13
:
:
DEBTOR  :  BKY NO.19-11308

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

The Debtor has filed with the Court **DEBTOR'S MOTION FOR LEAVE TO SELL DEBTORS' REAL ESTATE AT PRIVATE SALE FREE AND CLEAR OF LIENS**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 16, 2020 , you or your attorney must do all of the following:

(a) file an answer explaining your position at the following address:

**Clerk U.S. Bankruptcy Court
900 Market Street  Suite 400
Philadelphia, PA 19107**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney:

**Michael H. Kaliner, Esq.
Adelstein & Kaliner, LLC
3993 Huntingdon Pike, Suite 210
Huntingdon Valley, PA 19006
Phone: 215-230-4250
Fax: 215-230-4251**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

**3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, on October 27, 2020 at 2:00 pm in Courtroom No. 4 at the United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: October 2, 2020