IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re                             :
                                  :    Chapter 13
    ELENA SKLYAR                  :
                                  :    Bankruptcy No. 19-11308 (AMC)
                    Debtor.       :
-------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Debtor's Motion for Leave to Sell Real Estate at Private Sale Free and Clear of Liens number 19-1 on October 15, 2020 [Docket No. 111].

    Respectfully submitted,

    THE CITY OF PHILADELPHIA

Dated: December 15, 2020    By:   /s/ Pamela Elchert Thurmond
    PAMELA ELCHERT THURMOND
    Deputy City Solicitor
    PA Attorney I.D. 202054
    City of Philadelphia Law Department
    Tax & Revenue Unit
    1401 JFK Blvd., 5th Floor
    Philadelphia, PA  19102-1595
    215-686-0508 (phone)
    215-686-0588 (facsimile)
    Email: Pamela.Thurmond@phila.gov