UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     ELENA SKLYAR                  :     CHAPTER 13
                                         :
                                         :
           DEBTOR                        :     BKY NO. 19-11308

## ORDER

AND NOW, this ____ day of _____, 2020, upon consideration of **DEBTOR'S MOTION FOR LEAVE TO SELL DEBTOR'S REAL ESTATE AT PRIVATE SALE FREE AND CLEAR OF LIENS.** It is hereby **ORDERED** that:

1. The Motion is granted;
2. The Debtor is authorized to sell the real estate located at 2051 Bellmore Avenue, Philadelphia, PA 19134 in accordance with the Agreement of Sale attached to the Motion as Exhibit "A."
3. The sale is free and clear of all liens and encumbrances;
4. The Debtor is authorized to pay at closing real estate and transfer taxes, water/sewer charges and other ordinary settlement costs.
5. The fourteen day appeal is waived pursuant to Federal Rule of Civil Procedure 6004(h) is waived such that the Order shall be effective immediately.

**Date: December 15, 2020**

_____
ASHELY M. CHAN
BANKRUPTCY JUDGE