United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11308-amc |
| Elena Sklyar | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: SAGEINCOMETAX@GMAIL.COM | Dec 16 2020 04:53:00 | Elena Sklyar, 19 Carmelita Drive, Richboro, PA 18954-1329 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

**Name**      **Email Address**

DANA S. PLON
     on behalf of Creditor Ukrainian Selfreliance Federal Credit Union dplon@sirlinlaw.com

DANIELLE BOYLE-EBERSOLE
     on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
     on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com

JENNIFER D. GOULD
     on behalf of Creditor Steward Financial Services jgould@stark-stark.com  mdepietro@stark-stark.com;lsciscio@stark-stark.com

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 1 |

JENNIFER D. GOULD
    on behalf of Creditor Quaint Oak Bank jgould@stark-stark.com  mdepietro@stark-stark.com;lsciscio@stark-stark.com

JON M. ADELSTEIN
    on behalf of Debtor Elena Sklyar jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

LISA CANCANON
    on behalf of Creditor Selene Finance  LP, as servicer for Laelia, LLC, its successors and/or assigns LisaC@w-legal.com, Llombardi06@law.du.edu

MICHAEL H KALINER
    on behalf of Debtor Elena Sklyar mhkaliner@gmail.com  pa35@ecfcbis.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor BANKRUPTCY GROUP  MS CITY OF PHILADELPHIA LAW DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov, karena.blaylock@phila.gov

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Laelia  LLC bkgroup@kmllawgroup.com

SCOTT WATERMAN
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ELENA SKLYAR                    :    CHAPTER 13
                                          :
                                          :
          DEBTOR                          :    BKY NO. 19-11308

ORDER

AND NOW, this ____ day of _____, 2020, upon consideration of **DEBTOR'S MOTION FOR LEAVE TO SELL DEBTOR'S REAL ESTATE AT PRIVATE SALE FREE AND CLEAR OF LIENS.** It is hereby **ORDERED** that:

1. The Motion is granted;
2. The Debtor is authorized to sell the real estate located at 2051 Bellmore Avenue, Philadelphia, PA 19134 in accordance with the Agreement of Sale attached to the Motion as Exhibit "A."
3. The sale is free and clear of all liens and encumbrances;
4. The Debtor is authorized to pay at closing real estate and transfer taxes, water/sewer charges and other ordinary settlement costs.
5. The fourteen day appeal is waived pursuant to Federal Rule of Civil Procedure 6004(h) is waived such that the Order shall be effective immediately.

**Date: December 15, 2020**

_____
ASHELY M. CHAN
BANKRUPTCY JUDGE