Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-11308-AMC**

ELENA SKLYAR  
19 CARMELITA DRIVE  
RICHBORO  PA    18954

Petition Filed Date: 03/04/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $50.00 | | 02/10/2020 | $50.00 | | 03/09/2020 | $50.00 | |
| 04/13/2020 | $50.00 | | 05/11/2020 | $50.00 | | 06/15/2020 | $50.00 | |
| 07/13/2020 | $50.00 | | 09/09/2020 | $50.00 | | 09/15/2020 | $50.00 | |
| 10/13/2020 | $50.00 | | 11/09/2020 | $50.00 | | 12/14/2020 | $50.00 | |
| 01/11/2021 | $50.00 | | 02/16/2021 | $50.00 | | 03/15/2021 | $50.00 | |
| 04/12/2021 | $50.00 | | 05/10/2021 | $50.00 | | | | |

**Total Receipts for the Period: $850.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,150.00 | Current Monthly Payment: | $10.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($880.00) |
| Paid to Trustee: | $100.60 | Total Plan Base: | $360.00 |
| Funds on Hand: | $1,049.40 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.