UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                CASE NO.: 19-11308-amc
                                                        **CHAPTER 13**

**Elena Sklyar,**
    **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                     Authorized Agent for Secured Creditor
                                     130 Clinton Rd #202
                                     Fairfield, NJ 07004
                                     Telephone: 470-321-7112

                                     By: /s/Charles Wohlrab
                                         Charles Wohlrab, Esq.
                                         Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ELENA SKLYAR
19 CARMELITA DRIVE
RICHBORO, PA 18954

And via electronic mail to:

JON M. ADELSTEIN
3993 HUNTINGDON PIKE, SUITE 210
HUNTINGDON VALLEY, PA 19006

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Vincent Dodge