United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11308-amc |
| Elena Sklyar | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 12, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14320936 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:**

**Name**      **Email Address**

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwohlrab@raslg.com

DANA S. PLON
     on behalf of Creditor Ukrainian Selfreliance Federal Credit Union dplon@sirlinlaw.com

DANIELLE BOYLE-EBERSOLE
     on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
     on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

JENNIFER D. GOULD
     on behalf of Creditor Quaint Oak Bank jgould@stark-stark.com mdepietro@stark-stark.com;lsciscio@stark-stark.com

JENNIFER D. GOULD
     on behalf of Creditor Steward Financial Services jgould@stark-stark.com mdepietro@stark-stark.com;lsciscio@stark-stark.com

JON M. ADELSTEIN

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 12, 2021 | Form ID: trc | Total Noticed: 1 |

    on behalf of Debtor Elena Sklyar jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

**MICHAEL H KALINER**
    on behalf of Debtor Elena Sklyar mhkaliner@gmail.com  pa35@ecfcbis.com

**PAMELA ELCHERT THURMOND**
    on behalf of Creditor BANKRUPTCY GROUP  MS CITY OF PHILADELPHIA LAW DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov, karena.blaylock@phila.gov

**PAMELA ELCHERT THURMOND**
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

**POLLY A. LANGDON**
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

**REBECCA ANN SOLARZ**
    on behalf of Creditor Laelia  LLC bkgroup@kmllawgroup.com

**SCOTT F. WATERMAN (Chapter 13)**
    ECFMail@ReadingCh13.com

**Scott F Waterman**
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-11308-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Elena Sklyar
19 Carmelita Drive
Richboro PA 18954

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/09/2021.

Name and Address of Alleged Transferor(s):

Claim No. 6: MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619

Name and Address of Transferee:

U.S. Bank Trust National Association
Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Attn: BK Dept
Houston TX 77042

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/14/21

Tim McGrath
**CLERK OF THE COURT**