UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    ELENA SKLYAR : Bankruptcy No.   19-11308-AMC
: Chapter 13
Debtor(s)

## ORDER

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court, FOR A PERIOD OF ONE YEAR.

IT IS FURTHER **ORDERED** that any wage orders previously entered are **VACATED**.

FOR THE COURT

Dated: August 2, 2021

_____
ASHELY M. CHAN, B. J.

Interested parties:

Scott J. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA  19606-0410

Elena Sklyar
19 Carmelita Drive
Richboro, PA 18954

Jon M. Adelstein, Esq.
350 S. Main Street, Suite 105
Doylestown, PA 18901

George M. Conway, Esq.
Custom House
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106