United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11308-amc |
| Elena Sklyar | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | BANKRUPTCY GROUP, MS CITY OF PHILADELPHIA LAW DEPA, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| cr | + | Quaint Oak Bank, Stark & Stark, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| cr | + | Steward Financial Services, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| cr | + | Ukrainian Selfreliance Federal Credit Union, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: SAGEINCOMETAX@GMAIL.COM | Aug 02 2021 23:27:00 | Elena Sklyar, 19 Carmelita Drive, Richboro, PA 18954-1329 |
| smg | | Email/Text: megan.harper@phila.gov | Aug 02 2021 23:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2021 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 02 2021 23:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Aug 02 2021 23:27:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2021 23:37:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021              Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:**

**Name**        **Email Address**

CHARLES GRIFFIN WOHLRAB
  on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
  on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwohlrab@raslg.com

DANA S. PLON
  on behalf of Creditor Ukrainian Selfreliance Federal Credit Union dplon@sirlinlaw.com

DANIELLE BOYLE-EBERSOLE
  on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
  on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

JENNIFER D. GOULD
  on behalf of Creditor Steward Financial Services jgould@stark-stark.com  mdepietro@stark-stark.com;lsciscio@stark-stark.com

JENNIFER D. GOULD
  on behalf of Creditor Quaint Oak Bank jgould@stark-stark.com  mdepietro@stark-stark.com;lsciscio@stark-stark.com

JON M. ADELSTEIN
  on behalf of Debtor Elena Sklyar jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

MICHAEL H KALINER
  on behalf of Debtor Elena Sklyar mhkaliner@gmail.com  pa35@ecfcbis.com

PAMELA ELCHERT THURMOND
  on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

PAMELA ELCHERT THURMOND
  on behalf of Creditor BANKRUPTCY GROUP  MS CITY OF PHILADELPHIA LAW DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov, karena.blaylock@phila.gov

POLLY A. LANGDON
  on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
  on behalf of Creditor Laelia  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

Scott F Waterman
  on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
    ELENA SKLYAR                            : Bankruptcy No.   19-11308-AMC
                                                : Chapter 13
        Debtor(s)

ORDER

    AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court, FOR A PERIOD OF ONE YEAR.

    IT IS FURTHER **ORDERED** that any wage orders previously entered are **VACATED**.

FOR THE COURT

_____
ASHELY M. CHAN, B. J.

Dated: August 2, 2021

Interested parties:

Scott J. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA  19606-0410

Elena Sklyar
19 Carmelita Drive
Richboro, PA 18954

Jon M. Adelstein, Esq.
350 S. Main Street, Suite 105
Doylestown, PA 18901

George M. Conway, Esq.
Custom House
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106